UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SCOTT McCLINTOCK,<br><br>   Plaintiff,<br><br>   v.<br><br>G. VALENCIA, et al.,<br><br>   Defendants. | No. 2:22-cv-1884 KJN P<br><br>ORDER |

Plaintiff filed a motion for extension of time to file objections. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 16) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file his objections.

Dated: January 23, 2024

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

mccl1884.36