ROB BONTA, State Bar No. 202668
Attorney General of California
TYLER V. HEATH, State Bar No. 271478
Supervising Deputy Attorney General
GARRETT L. SEUELL, State Bar No. 323175
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-6144
 Fax: (916) 324-5205
 E-mail: Garrett.Seuell@doj.ca.gov
*Attorneys for Defendants*
*G. Valencia, L. Cantu, T. Cooper, C. Weaver,*
*K. Luther, L. Hadden, J. Cantu, J. Vega,*
*T. Coker and J. Charon*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JOHN MCCLINTOCK,**<br><br>                       Plaintiff,<br><br>   v.<br><br>**G. VALENCIA, et al.,**<br><br>                       Defendants. | 2:22-cv-1884 KJM CSK P<br><br>[PROPOSED] ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights complaint under 42 U.S.C. § 1983. On November 6, 2024, all defendants filed a motion to opt out of the referral to the Court's Post-Screening Early ADR ("Alternative Dispute Resolution"). (ECF No. 30.) After reviewing defendants' request, and good cause appearing, defendants' motion (ECF No. 30) is granted. Defendants shall file their responsive pleading within thirty days from the date of this order.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to opt out (ECF No. 30) is granted.

2. The Court's stay of this action (ECF No. 27) is lifted.

3. Within thirty days from the filing of this order, defendants shall file a response to the operative complaint.

Dated: November 6, 2024

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/mccl1884.opt