UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN MCCLINTOCK,

      Plaintiff,

  v.

G. VALENCIA, et al.,

      Defendants.

No.  2:22-cv-1884 TLN CSK P

ORDER

Plaintiff filed a motion for thirty-day extension of time to comply with the Court's December 3, 2025 order.  (ECF No. 60.)  Defendants have not filed an opposition.  Good cause appearing, IT IS HEREBY ORDERED that:

    1.  Plaintiff's motion for an extension of time (ECF No. 60) is granted; and

    2.  Plaintiff is granted thirty days from the date of this order in which to comply with the Court's December 3, 2025 order.

Dated:  January 22, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/mccl1884.36

1