UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOHN SCOTT MCCLINTOCK,

Plaintiff,

v.

G. VALENCIA, et al.,

Defendants.

No. 2:22-cv-01884-TLN-CSK

**ORDER**

On December 3, 2025, the magistrate judge issued an order denying Plaintiff's motion for an expert to evaluate the handwriting on the anonymous note. (ECF No. 58.) On January 30, 2026, Plaintiff filed a request for reconsideration of that order. (ECF No. 64.) Defendants oppose Plaintiff's motion as untimely. (ECF No. 69.) Local Rule 303(b), states "rulings by Magistrate Judges . . . shall be final if no reconsideration thereof is sought from the Court within fourteen days . . . from the date of service of the ruling on the parties." L.R. 303(b). Plaintiff's request for reconsideration of the magistrate judge's order of December 3, 2025, is therefore untimely.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's request for reconsideration (ECF No. 64) is DENIED.

//

//

//

IT IS SO ORDERED.

DATE: September 8, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE