UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN MCCLINTOCK,

Plaintiff,

v.

G. VALENCIA, et al.,

Defendants.

No. 2:22-cv-1884 TLN CSK P

ORDER

Plaintiff is a state prisoner proceeding pro se and in forma pauperis. On September 8, 2026, the district court denied plaintiff's motion for reconsideration. All discovery motions have now been resolved, and discovery is closed. Therefore, the Court lifts the stay of the pretrial motions deadline, and sets a new deadline by this order.

Accordingly, IT IS HEREBY ORDERED that:

1. The stay of the pretrial motions deadline (ECF No. 48) is lifted.
2. All pretrial motions, except motions to compel discovery, shall be filed on or before November 16, 2026. Motions shall be briefed in accordance with paragraph 8 of this court's order filed June 17, 2024. (ECF No. 17.)
3. In all other respects, the January 6, 2025 discovery and scheduling order remains in effect. (ECF No. 41.)

Dated: September 14, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/mccl1884.41b